### 2068.   Pope v. The State.

HILL, C. J.   1. Overruling the motion to continue in this case because of the absence of a witness was a proper exercise of discretion.

2. The charge of the court submitted the law of the case as construed by the Supreme Court in *Nichols* v. *State*, 103 *Ga.* 61 (29 S. E. 431), and *Minter* v. *State*, 104 *Ga.* 743 (30 S. E. 989) ; and the exceptions to excerpts therefrom are without merit.   The evidence supports the verdict.
*Judgment affirmed.*

Accusation of disturbing divine worship, from the city court of Monticello—Judge Thurman.   July 28, 1909.

Submitted October 5,—Decided October 13, 1909.

*A. Y. Clement,* for plaintiff in error.

*Greene F. Johnson, solicitor,* contra.

---

### 2069.   Hanlon v. City of Atlanta.

HILL, C. J.   A petition for certiorari which is not sanctioned by the judge of the superior court is no part of the record in the case to which it relates, and can not be transmitted to this court as such.   In order to have the petition for certiorari before this court, so that a refusal to sanction it may be reviewed, it must be incorporated in the bill of exceptions, either as a whole or in substance, or be attached thereto as an exhibit, and be verified by the certificate of the judge to the bill of exceptions.   The judge who refuses to sanction the petition for certiorari has no authority to verify it, unless it is made a part of the bill of exceptions; and especially is this true where such verification is attempted after he has signed and certified the bill of exceptions.
*Writ of error dismissed.*

Submitted October 4,—Decided October 13, 1909.

*John A. Boykin,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.